# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   SA CV09-1096-DOC(ANx)                                              Date   March 17, 2010

Title   FRANCISCO J. MORALES, ET. AL., -V- DOWNEY SAVINGS AND LOAN ASSOCIATION F A, ET. AL.,

| Present: The Honorable | DAVID O. CARTER | | |
|---|---|---|---|
| Kristee Hopkins | | NONE PRESENT | N/A |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| NONE | | NONE | |

Proceedings:   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **March 30, 2010,** why this action should not be dismissed for lack of prosecution **as to remaining defendant Downey Savings and Loan Association FA.** The Court notes in this regard that, absent a showing of good cause, an action <u>shall</u> be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). An action may be dismissed prior to such time if plaintiff(s) has/have not diligently prosecuted the action. No oral argument will be heard unless otherwise ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s) response. No response is required if a responsive pleading or proof of service (indicating proper service in full compliance with the Federal Rules) has been filed on or before the date upon which the response is due.

The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                                                       :   0

                                                                              Initials of Preparer   kh